JOSEPH SAITCH, Respondent, *v.* ELMER W. KELLEY, Appellant.

Reported below, 162 App. Div. ——.
(Submitted June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 19, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover money paid.

The motion was made upon the ground that the order of the Appellate Division was not appealable.

*Merle Lewis Sheffer* for motion.

*Charles B. Bechtold* opposed.

Motion denied; motion to amend notice of appeal granted on payment of ten dollars costs.